## Albin Kasper, Counterclaimant-Appellant, v. Richard Buelick, Counterdefendant-Appellee.

Gen. No. 46,894.

First District, Third Division.

June 29, 1956.

Released for publication September 12, 1956.

William C. Jerome, for appellant; Vogel & Vogel, for appellee; Leslie H. Vogel, and Robert C. Vogel, of counsel. Opinion by JUDGE KILEY. Not to be published in full.